**DISMISS; Opinion issued January 16, 2013.**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-01441-CV

---

## VLADIMIR KRUPIN, Appellant
V.
## ANOTOLY LEVANT & HANIK AVSHMAN, Appellees

---

On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-04944-2010

---

### OPINION

Before Chief Justice Wright, Justice Lang-Miers and Justice Lewis
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. By letter dated December 12, 2012, we notified appellant that the Collin County District Clerk notified us that the clerk's record had not been filed in this Court because appellant had not paid for or made arrangements to pay for the record. We directed appellant to, within ten days, provide this Court with written verfication that he had either paid for or made arrangements to pay for the clerk's record or that he has been found entitled to proceed without payment of costs. We cautioned appellant that failure to provide the required documentation within the time specified might result in the dismissal of this appeal. To date, appellant has not provided the Court with the requested documentation or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b), 42.3(c).



_____
CAROLYN WRIGHT
CHIEF JUSTICE


121441F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

Vladimir Krupin, Appellant

No. 05-12-01441-CV       V.

Anotoly Levant & Hanik Avshman,
Appellees

On Appeal from the 219th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 219-04944-2010.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees Anotoly Levant & Hanik Avshman recover their costs of this appeal from appellant Vladimir Krupin.

Judgment entered this 16th day of January, 2013.

_____
CAROLYN WRIGHT
CHIEF JUSTICE